**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7801

THOMAS HAWKINS,

Petitioner - Appellant,

versus

DANIEL BRAXTON, Warden, Buckingham Correction-
al Center,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-98-219)

Submitted: April 13, 1999        Decided: June 15, 1999

Before WILKINS, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan Stanley David, MORRISSEY, HERSHNER & JACOBS, Richmond,
Virginia, for Appellant. William W. Muse, Assistant Attorney Gen-
eral, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas Hawkins appeals from the portion of the district court's order finding that the appropriate statute under which to review his action was 42 U.S.C.A. § 1983 (West Supp. 1998), rather than 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).  We find that the district court did not err by analyzing the action under § 1983. See <u>Roller v. Cavanaugh</u>, 984 F.2d 120, 122 (4th Cir. 1993).  Consequently, we affirm.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2